AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

**FILED**
**CLERK, U.S. DISTRICT COURT**

April 20, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLD_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
**CLERK, U.S. DISTRICT COURT**

**4/20/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____Jb_____ DEPUTY

| | |
|---|---|
| United States of America | |
| v. | Case No.    2:23-mj-01933-duty |
| ANDREW ISAIAH ESTRADA, | |
| Defendant. | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 23, in the county of Los Angeles in the Central District of California, the

defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Stephen J, May*
Complainant's signature

Stephen J, May, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    April 20, 2023
Judge's signature

City and state:   Los Angeles, California      Hon. Alka Sagar, U.S. Magistrate Judge
Printed name and title

AUSA: Jeremiah Levine (213)894-8323

## AFFIDAVIT

I, Stephen J, May, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrants for ANDREW ISAIAH ESTRADA ("ESTRADA") and PRINCE JONES ("JONES") for violations of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery). ESTRADA and JONES are currently in custody at the Orange County Jail.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for the past 23 years.  From September 1999 through December 2003, I primarily worked as a Bank Robbery Investigator in the San Francisco Division of the FBI.  From December 2003 to the present, I have worked as a Bank Robbery Investigator in the Los Angeles

Division of the FBI.  And since May 2005, I have also been the Bank Robbery Coordinator in the Los Angeles Division of the FBI.

4.    As a Bank Robbery Investigator and Bank Robbery Coordinator, I investigate bank robbery cases assigned to me and review, analyze, and disseminate investigative data (including bank surveillance photographs) on nearly all bank robberies that occur in the Central District of California.  Since May 2005, there have been more than 3,500 bank robberies in the Central District of California.

5.    Since October 2013, I have also been the lead FBI Agent for the San Gabriel Valley Violent Crime Task Force, which works in conjunction with Task Force Officers from the Los Angeles County Sheriff's Department to investigate commercial and retail robberies.

6.    On February 27th and 28th of 2014, I received basic training (Cellular Survey Analysis and Geo-location) from the FBI Cellular Analysis and Survey Team, which included utilizing cellular tower logs to identify a subject phone or phones of different crimes, even when it was not clear whether a cell phone was in use during the commission of the crime.  I have also analyzed tower dump data sets and historical cell site data sets for my own FBI cases and other local police departments' investigations on a number of occasions.

7.    On September 8, 2020, I completed the ZetX E-learning eight-hour (self-paced) training course – "Forensic Analysis of Cellular Networks."  The course provided a detailed instruction on cellular technologies operating in the United States.  The

history of cellular technologies, the different technologies used in cellular networks, and mapping considerations associated with the networks were thoroughly covered.  Additionally, there was an introduction to drive-test techniques (network survey), equipment overview, and how to map and analyze drive test data. The course concluded with instruction about how to present forensic call detail mapping evidence in court.

8.   On November 4 and continuing through November 6, 2020, I virtually attended and completed the ZetX WEXA training conference.  The WEXA Conference brought together Historical Cell Site Location Information Subject Matter Experts from across the nation to present criminal investigations and shared investigative approaches.  In addition, the WEXA conference covered Long Term Evolution technology, Radio Frequency exposure, real-time location data, cellular technology updates, and drive-test surveys.

9.   In connection with the bank robbery and commercial/retail robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, and reviewing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, including FBI Special Agents and local law enforcement detectives who were experienced with commercial robbery investigations, I am familiar with the methods used by

individuals to commit commercial robberies as well as effective investigative methods used to solve them.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.    Los Angeles County Sheriff's Department ("LASD"), the Federal Bureau of Investigation ("FBI"), and other law enforcement agencies, investigated a series of at least six related robberies (and burglaries), in violation of 18 U.S.C. 1951(a).  The robbery/burglary series started on or about December 23, 2022, and continued through January 18, 2023. Based on information set forth below, law enforcement has identified ESTRADA and JONES as two of the suspected robbers. Law enforcement believes that JONES and ESTRADA were two of the suspects in the four incidents that occurred on December 23, 2022.  The clothing worn on the Circle K surveillance video footage matched the clothing worn in the surveillance video of the December 23, 2022 incidents and the incidents that occurred on January 2, 2023 and January 6, 2023.  The clothing worn was consistent with statements made by victims from the Golden Star Donuts robbery.  There was a cell phone ping from one of the Gold Star Donuts victim's phone at an unrelated "Circle K" during the same time period surveillance video footage showed JONES and ESTRADA present at the store. Another cell phone ping from one of the Gold Star Donuts victim's phone pinged approximately two houses east of ESTRADA's residence. A search of JONES'S vehicle yielded a very large hammer similar to one used in the Circle K robbery and clothing items consistent with those used as well.  Finally, law enforcement arrested ESTRADA

and JONES following an unrelated armed home invasion robbery that occurred in Fountain Valley, California on January 17, 2023.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

**A.    Three Burglaries Followed by a Robbery in One Night**

5.    On the early morning of December 23, 2022, there were three burglaries committed, followed by a robbery of Golden Star Donuts (**"SUBJECT ROBBERY"**).

6.    Listed below are the locations that were burglarized and robbed on the early morning of December 23, 2022, and law enforcement believes all four events were related to the same crew:

a.    1:34 a.m. - **<u>Tom's Jr. Burgers</u>**, located at 15322 Santa Gertrudes Avenue, La Mirada, California (Burglary);

b.    2:17 a.m. - **<u>Cream and Sugar Café</u>**, located at 12826 La Mirada Boulevard, La Mirada, California (Burglary);

c.    2:23 a.m. - **<u>52M Teriyaki</u>**, located at 13942 Valley View Avenue, La Mirada, California (Burglary); and

d.    2:27 a.m. - **<u>Golden Star Donuts</u>**, located at 10255 Colima Road, Whittier, California (**"SUBJECT ROBBERY"**).

7.    I have read the Los Angeles County Sheriff's Department ("LASD") report related to the incidents.  Based on my review of the incident report and supplemental report, I learned the following:

a.    On December 23, 2022, at approximately 1:34 a.m., **<u>Tom's Jr. Burgers</u>**, located at 15322 Santa Gertrudes Avenue in La Mirada, California was burglarized.

i.   LASD responded to the location and interviewed the business owner, J.P.  J.P. informed LASD that at approximately 4:05 a.m., the alarm company notified J.P. the alarm had been set off.  J.P. reviewed the surveillance video, which showed at approximately 1:34 a.m. the front glass door was shattered by Suspect 1 with an unknown object.  Suspect 1 was a Hispanic male wearing a black sweater and red pants.  Suspect 1 walked into the business and two Hispanic males, both wearing a black sweater and black pants (Suspect 2 and 3), walked into the business behind Suspect 1.  The Suspects walked toward the cash registers and pulled the drawers off both cash registers.  The Suspects left the location on foot through the glass door and continued west from the business.

ii.   LASD Detective Hagewood obtained video of the incident.  He observed the following: 3 suspects entered the location by smashing the glass on the front door with what appeared to be a mini sledgehammer.  Once inside, the 3 suspects ransacked the business, ultimately stealing two cash drawers containing no money.  Suspect 1 wore a black hooded sweatshirt with a large, colorful circular design on the back with two large words above, red sweatpants, black gloves, and black shoes.  Suspect 1 had a long black flowy style face mask concealing his face.  Suspect 2 wore a black hooded sweatshirt with a large square white graphic on the front, a light-colored undershirt, black Adidas pants with three stripes down the seam of each leg, yellow gloves, and white shoes with black logos on the side.  Suspect 3 wore a plain black hooded sweatshirt with

white trim around the opening of the hood, tight black pants, yellow gloves, and plain white shoes.  The suspects' faces were covered during the incident.

        iii. LASD Detective Hagewood obtained video of the discarding of two cash drawers, later determined to belong to "Tom's Jr. Burgers."  He observed the following:  At approximately 0148 hours, a black sedan parked in front of 15803 Formby Drive, La Mirada, California.  The vehicle remained parked at the location for approximately 4 minutes.  It was later discovered that two black and silver colored cash drawers were dumped in the street in front of that address.  The vehicle was last seen traveling westbound on Rosecrans Avenue behind Tom's Jr. Burgers, per the video.  He examined the discarded cash drawers, which were recovered into evidence at Norwalk Sheriff's Station.  The drawers appeared to have been broken open.  There was no money inside of the drawers.  He photographed the cash drawers.  He showed the owner of "Tom's Jr. Burgers," J.S., photographs of the recovered cash drawers. J.S. identified the cash drawers as belonging to "Tom's Jr. Burgers," which had been stolen during the above burglary.

      b.  On December 23, 2022, at approximately 2:17 a.m., **Cream and Sugar Cafe**, located at 12826 La Mirada Boulevard, La Mirada, California was burglarized.

        i.  LASD responded to the business location and observed the front glass door entrance was shattered.  A protective sweep was administered and no suspects were found. Laying on the floor was a cash drawer.

ii.   LASD interviewed the owner J.K. who told LASD that J.K. locked the business doors at 9:30 p.m. on December 22, 2022.  It appeared that approximately $200 in cash was taken.

iii. LASD interviewed a witness who was uncooperative and refused to be identified.  The witness stated that he saw one male suspect wearing a white sweatshirt and another male suspect wearing a black sweatshirt running from the business location across La Mirada Boulevard to the westside of the street.  The suspects entered a dark color Lincoln town car, model 2015.  They drove southbound on La Mirada Boulevard.

iv.   Detective Hagewood obtained video of the incident.  He observed the following:  A black sedan drove through the parking lot of the location.  Suspect 1 and Suspect 3 exited the vehicle in the parking lot near "Burger King." They were seen on surveillance video pushing a shopping cart through the parking lot, toward "Cream and Sugar Café."  Suspect 2 remained as the driver of the vehicle and he drove the vehicle to the west side of La Mirada Blvd, where he waited for Suspect 1 and Suspect 3.  Suspect 3 used a mini sledgehammer to shatter the glass door to enter the location.  Once inside, they ransacked the location and stole a cash drawer containing approximately $200 in miscellaneous U.S. currency.  The suspects' faces were covered during the incident.  Suspect 1 wore a black hooded sweatshirt with a large, colorful circular design on the back with two large words above, red sweatpants, black gloves, black shoes, and a long flowy black face mask

(Matching the physical and clothing description of Suspect 1 throughout all incidents).  Suspect 3 wore a horizontally ribbed puffy light-colored jacket with a black zipper and logo on left sleeve, tight black pants, gloves, and plain white shoes, matching the physical and clothing description of Suspect 3 throughout all incidents.

   c. On December 23, 2022, at approximately 2:23 a.m., **52M Teriyaki**, located at 13942 Valley View Avenue, Valley View Avenue, La Mirada, California was burglarized.

    i. LASD responded to the business location. Upon arrival, LASD observed the front door had a shattered window.  Inside they could see a computer screen tipped over and change scattered on the floor.  A door in the back hallway was open.

    ii. LASD interviewed store employee, H.K.  H.K. received from the alarm company an alarm notification indicating motion inside the business.  H.K. stated that the security cameras were not working.  During a walkthrough, H.K. indicated that the cash register had been stolen wapproximately $200 inside.  H.K.'s son's laptop was also stolen.

    iii. Detective Hagewood obtained video of the incident.  He observed the following:  A dark colored (blue or black) sedan drove through the empty parking lot at the location.  The vehicle stopped and Suspect 1 and Suspect 3 exited the sedan.  Suspect 2 remained in the vehicle and exited the parking lot and appeared to drive westbound on Rosecrans Avenue then northbound on Valley View Avenue.  Suspect 1

appeared to wear a black hooded sweatshirt with an unknown logo on the back, red pants, black shoes, and a long flowy black face mask (Consistent with Suspect 1's clothing description from the previous incidents).  Suspect 3 was wore a black hooded sweatshirt with white trim around the opening of the hood, black pants, yellow gloves, and white shoes (Consistent with Suspect 3 from the previous incidents).  Suspect 3 appeared to carry a mini sledgehammer in his right-hand.  Both suspects' faces were covered.  Suspect 1 and Suspect 3 walked toward "52M Teriyaki" and out of camera view.

  d.  On December 23, 2022, at approximately 2:27 a.m., **Golden Star Donuts ("SUBJECT ROBBERY")**, located at 10255 Colima Road, Whittier, California was robbed.

   i.  LASD responded to the business and observed that the front glass door was shattered.  The business was not open yet for business.

   ii.  LASD interviewed victim D.O.  D.O. stated that D.O. was in the restroom of the business when D.O. heard glass shatter.  D.O. heard D.O.'s husband, P.K., tell D.O. to close the bathroom door.  D.O. exited the bathroom and saw a male (Suspect 1) who wore a mask and held what looked like a hammer.  Suspect 1 told D.O. not to look at him.  D.O. kneeled on the floor and did not look at Suspect 1.  While standing next to D.O., Suspect 1 told D.O. to take off her necklace and ring. Suspect 1 pulled off D.O.'s necklace off her neck and then pulled her ring off her finger.  D.O. saw another male (Suspect

2) who wore a mask and carried the business cash register out of the business behind Suspect 1.

        iii. LASD interviewed victim P.K.  P.K. stated that P.K. was in the rear of the business when P.K. heard glass breaking.  P.K. ran to the front counter and saw the front door was shattered.  P.K. saw Suspect 2 run through the door as he wore a black mask covering his face.  P.K. told D.O. to close the bathroom door.  P.K. got on to the ground, face down.  P.K. heard someone run by him.  P.K. looked up and saw Suspect 2 near the front counter.  Suspect 1 told P.K. not to look and stay on the floor.  P.K. saw Suspect 1 holding what appeared to be a rubber mallet over P.K.'s head like Suspect 1 was going to swing the mallet at P.K.  P.K. asked Suspect 1 not to hit him. Suspect 1 told P.K. to look down at the floor.  Suspect 1 checked P.K. pockets while P.K. was on the floor, but did not take anything.  P.K. looked up and saw Suspects 1 and 2 run out of the business.

        iv.  Both victims described Suspect 1 as a male with "red on his pants."

        v.  Also taken during the robbery was D.O.'s green iPhone 12, P.K.'s blue iPhone 12, and P.K.'s wallet that contained P.K.'s credit cards and driver's license.

        vi.  Detective Hagewood interviewed the son of victims D.O. and P.K.  The son stated he had used the "Find my iPhone" application to track his parent's stolen cell phones. He stated his mother's (D.O.'s) phone had pinged near 3310 E. Poppy Street, Long Beach 90805 (Unknown time).  Additionally,

there were several pings near the area of "Circle K" at 17228 Downey Ave, Bellflower 90706 from approximately 4:30 a.m. and 4:45 a.m. on December 23, 2022.

        vii. Detective Hagewood went to "Circle K" to review security surveillance video.  The video showed at 4:40 a.m., a dark colored (Black or dark blue) Mercedes sedan parked in front of the business.  The vehicle appeared to be a late model Mercedes sedan with tinted windows and no front license plate.  The driver (Suspect 1) exited the vehicle and appeared to be a light skinned male Black, athletic build, wearing a black hooded sweatshirt with "Good Vibes" written on the back above a colorful circular design.  Additionally, the driver was wearing red "Nike" jogger style pants with elastic cuffs and plain low top black shoes with a small logo on the back of the sole.  P.K. and D.O. stated the suspect they remember taking their personal items as having "Red on his pants."   Detective Hagewood formed the opinion the driver's unique clothing matched the clothing worn by Suspect 1 in all four above incidents to include the **SUBJECT ROBBERY.**

        viii.   The front passenger (Suspect 2) appeared to be a male Hispanic with what appeared to be tattoos on the right side of his face and neck, a mustache and possible goatee, wearing a gray "Hilfiger" sweatshirt over a black hooded sweatshirt, black "Adidas" athletic pants with 3 stripes running down each leg and white "Nike" athletic shoes with black "Nike Swoosh" checkmarks on the sides of the shoes, which matched the clothing worn by Suspect 2 in the first ("Tom's Jr. Burgers")

burglary.  Detective Hagewood formed the opinion that Suspect 2 was the driver of the vehicle in incidents 2 through 4 (Cream and Sugar Café, 52M Teriyaki, and Golden Star Donuts) based on the fact there appeared to be only 3 suspects involved in each incident and only 3 people who exited the vehicle at "Circle K."

ix.  The rear passenger (Suspect 3) appeared to be a younger male Black with a short afro style haircut, a black hooded sweatshirt with thin white and red stripes trimming out the opening of the hood, tighter black pants, red socks, and plain lace up white shoes.  His tight black pants and plain white shoes matched the pants and shoes worn by Suspect 3 in all the above incidents.  The unique black hooded sweatshirt with the white and red striped trim around the hood matched the sweatshirt worn by Suspect 3 in the incidents at "Tom's Jr. Burgers" and "52M Teriyaki."  Detective Hagewood additionally formed the opinion that Suspect 3 changed out of his black hooded sweatshirt and wore a light colored puffy ribbed jacket in the incidents at "Cream and Sugar Cafe" and "Golden Star Donuts."  In the incident at "Golden Star Donuts," P.K. described the second suspect as wearing a white jacket with unknown black graphics.  It is Detective Hagewood's opinion that the "black graphics" could have been shadows casted by the ribbed jacket in certain angles of light.

x.   Below are images from the Circle K:

  

  

xi.   Utilizing still photographs from the Circle K of Suspect 1 (Black male wearing red sweatpants and a black hooded sweatshirt with "Good Vibes" logo on the back) and the Los Angeles County Sheriff Department's facial recognition software by LASD Crime Analyst, K. Booth, revealed a possible match to Suspect 1 as closely resembling JONES.  Long Beach Police Department Gang Investigator, Detective Jonathan Hernandez, identified Suspect 1 to be Prince Brown, AKA PRINCE JONES, from numerous previous contacts while working as a gang detective.

xii. Utilizing still photographs from the Circle K of Suspect 2 (Hispanic male in the gray hooded sweatshirt and black three-strip pants) and the Los Angeles County Sheriff

Department's facial recognition software by LASD Crime Analyst, K. Booth, revealed a possible match to Suspect 2 as closely resembling ESTRADA.  Long Beach Police Department Gang Investigator, Detective Jonathan Hernandez identified Suspect 1 to be ESTRADA, from numerous previous contacts while working as a gang detective.  Additionally, ESTRADA's last known address is 3320 Poppy Street, Long Beach, California 90805.  3320 Poppy Street is two houses west of the ping hit for P.K.'s phone at 3310 Poppy Street, Long Beach, as provided by the victim's son, J.K.

**B.  Fountain Valley Home Invasion Robbery**

8.  I have read the Fountain Valley and Huntington Beach Police Departments related to the home invasion robbery that occurred on January 17, 2023.  Based on my review of the incident report and supplemental report, I learned the following:

9.  On January 17, 2023, an armed home invasion robbery occurred at the residence of 17122 Santa Suzanne Street, Fountain Valley, California, where six individuals were arrested by Fountain Valley Police Department ("FVPD") immediately following the home invasion robbery.  Included in the six individuals arrested by FVPD were ESTRADA and JONES.  Both ESTRADA and JONES are currently facing charges for that home invasion robbery in Orange County, California.

**C.  Involvement in Other Robberies Under Investigation**

10.  Including the robbery discussed above, law enforcement believes ESTRADA and JONES to be among the robbers in each of

remaining incidents, which have a similar or identical <u>modus operandi</u>:

      a.   **<u>January 2, 2023</u>**, 2:45 a.m., <u>Circle K</u>, 16408 Orange Boulevard, Paramount, California (robbery);

      b.   **<u>January 2, 2023</u>**, 3:05 a.m., <u>Winchell's</u>, 3495 E. Artesia Boulevard, Long Beach, California (robbery); and

      c.   **<u>January 6, 2023</u>**, 11:43 p.m., <u>Popeye's</u>, 3430 E. Artesia Boulevard, Long Beach, California (robbery).

11.   ESTRADA and JONES are believed to be among the suspects/robbers in each occurrence described above.  The robberies were generally similar in nature, early morning robberies (between 1:34 a.m. and 3:05 a.m.), similar description of the robbers, the breaking of the front glass business door for entry, witnesses would describe a suspect holding a hammer inside of the business, similar clothing worn, and a similar vehicle (Mercedes) used during the burglaries and the robberies.

    **D.**    **Execution of Search Warrant on JONES' Mercedes**

12.   On January 21, 2023, the Honorable Judge Margret Bernal of the Norwalk Superior Court approved and signed a search warrant for a 2010 Mercedes Benz, Dark Blue, License plate 8MGW843, registered to Ehab Mankarios.  The search warrant was authored by LASD Detective Mark Yzabal.

13.   On January 21, 2023, at approximately 1:54 p.m., Detective Yzabal and Miguel Balderrama had the vehicle towed to "Clark and Howard Tow Yard," 42429 Third St, E. Lancaster CA. 93535, where they searched the vehicle.

14.   LASD Detectives noticed the trunk of the Mercedes was
unlocked and broken as they began the search.  Inside the trunk
detective Balderrama located and recovered three men's sweaters
1-black, 1-gray, 1-brown, two sweatpants (1-red, 1-gray), and
one pair of men's Nike shoes (white, blue, red).  Detective
Yzabal located and recovered a large hammer from the rear
passenger side floorboard.  Detective Yzabal also located and
recovered a black do-rag from the front passenger seat matching
the face mask that one of the robbers used in the robberies.
Detective Yzabal also located and recovered a bill of sale for
the 2010 Mercedes Benz, License plate #8MGW843 sold to PRINCE
JONES along with miscellaneous paperwork belonging to PRINCE
JONES from the glovebox.  Detective Balderrama located and
recovered a small "Wells Fargo Bank" box with order number
25397292.  The order was a total of $780 and it was delivered on
11-21-2022, to the Popeyes Chicken Store #12012 at 3430 E.
Artesia Blvd Long Beach, California (one of the suspected
robberies listed as in paragraph 8(xx) of this complaint).  The
box contained rolled coins totaling $27.

Below is an image of the Mercedes:



**E.   Golden Star Donuts Sells Goods in and Affecting Interstate Commerce**

15.  On Monday, April 17, 2023, I spoke with the owner, P.K. of Golden Star Donuts.  P.K. provided the following information regarding Golden Star Donuts:

>    a.    The store accepts credit card payments;

>    b.    The store sells Coke-Cola and Pepsi;

>    c.    The store accepts U.S. currency; and

>    d.    Although rare, customers will place phone orders to the store.

**F.   ESTRADA and JONES Arrested Together in the Past**

16.  On May 6, 2020, JONES and ESTRADA were arrested together in Calabasas, California (LASD file # 920-02539-2245-399) for possession of burglary tools, where a sledgehammer and gloves were recovered, consistent with the tools used in this series of burglaries and robbery on the night of December 22,

2022.  Criminal charges were dismissed against JONES; however, ESTRADA was charged with Possession of burglary tools and a bench warrant was issued (Court case # 0VW00611)

### G.   Criminal Histories for ESTRADA and JONES

17.  I have reviewed the criminal histories for both ESTRADA and Jones.

a.   I learned the following for ESTRADA based on my review:

i.   On September 1, 2021, ESTRADA was convicted and sentenced for violation of PC 459 Burglary.

ii.   On September 9, 2021, ESTRADA was convicted and sentenced to 16 months in state prison for violation of PC 29800(A)(A) – Firearm Access Viol.

b.   I learned the following for JONES based on my review:

i.   On August 27, 2019, JONES was convicted and sentenced to 2 years in prison for violation of PC 29800(A)(1) – Felon/Addict Poss/Etc Firearm.

ii.   On April 7, 2021, JONES was convicted and sentenced to 16 months prison for violation of PC 29800(A)(1) – Felon/Addict Poss/Etc Firearm.

### V.   CONCLUSION

18.  For all the reasons described above, there is probable cause to believe that ESTRADA and JONES have committed a violation of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) as described above for the **SUBJECT ROBBERY.**

/s/ Stephen J. May
_____
SA Stephen J. May
Federal Bureau of Investigation


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ___20th___ day of
April
, 2023.


_____
UNITED STATES MAGISTRATE JUDGE
ALKA SAGAR